IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SYLVANIA FREDERICK, III,

    Plaintiff,

v.                                                    4:22cv310–WS/MAF

THE UNITED STATES, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 13) docketed October 20, 2022. The magistrate judge recommends that the case be dismissed because Plaintiff's complaint is "legally insufficient" and because Plaintiff failed to comply with court orders. Plaintiff has filed no objections to the report and recommendation.

The undersigned has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 13) is

ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are DISMISSED without prejudice because his complaint is legally insufficient and because Plaintiff failed to comply with court orders.

3. The clerk shall enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___28th___ day of ___November___, 2022.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE